NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDWARD SIMMONS,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )   Case No. 2D17-2736
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____    )


Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.

Edward Simmons, pro se.


PER CURIAM.


                  Affirmed.


NORTHCUTT, SILBERMAN, and SLEET, JJ., Concur.